**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6839**
_____

JAMES F. KANE,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:19-cv-00238-MR)

_____

Submitted:  September 28, 2023                     Decided:  October 2, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Anthony Martinez, Federal Public Defender, Joshua B. Carpenter, Appellate Chief, FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA, INC., Asheville, North Carolina, for Appellant.  William T. Stetzer, Acting United States Attorney, Elizabeth M. Greenough, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James F. Kane appeals the district court's order dismissing Kane's 28 U.S.C. § 2241 petition for lack of jurisdiction. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1867-69 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal sentence), we conclude that Kane cannot pursue his challenge in a § 2241 petition.

Accordingly, we affirm the district court's order dismissing Kane's § 2241 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*